IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON BROWN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PETE FILOPOULOS | : | |
| PETE'S PIZZA | : | NO. 16-6349 |

FILED

DEC 0 8 2016

LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

## ORDER

**NOW**, this 8th day of December, 2016, upon consideration of plaintiff's Motion to Proceed *In Forma Pauperis*, his Complaint, and his Request for Appointment of Attorney (Document No. 1), it is **ORDERED** as follows:

1. The motion to proceed *in forma pauperis* is **GRANTED**;

2. This complaint is **DISMISSED** as frivolous;[1]

3. Plaintiff's complaint having been dismissed, his request for an attorney is **DISMISSED AS MOOT**; and

3. The Clerk of Court shall **CLOSE** this case.

TIMOTHY J. SAVAGE, J.

---

[1] The complaint is rambling and non-sensical. It fails to comply with Federal Rule of Civil Procedure 8(a). Thus, the complaint must be dismissed.
  Plaintiff is not given leave to amend because amendment would be futile.