UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JASON BROWN

16    6349

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

PETE FILOPOULOS
(PETE'S PIZZA)

**COMPLAINT**

Jury Trial:  ☒ Yes   ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name              JASON BROWN
            Street Address    5312 RACE STREET
            County, City      PHILADELPHIA, (SAME)
            State & Zip Code  PA, 19139
            Telephone Number  267-881-8910

*Rev. 10/2009*

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name **PETE'S PIZZA**
Street Address **5158 HAVERFORD AVENUE**
County, City **PHILADELPHIA (SAME)**
State & Zip Code **PA, 19139**

Defendant No. 2
Name **PETE FILOPOULOS (OWNER)**
Street Address **4074 LANCASTER AVENUE**
County, City **PHILADELPHIA (SAME)**
State & Zip Code **PA, 19104**

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    ☑ Federal Questions            ☑ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **42 U.S.C § 1983 Deprivation of Rights**

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __United States, Pennsylvania__

Defendant(s) state(s) of citizenship __Dual Citizenship__

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __PHILADELPHIA, PA WEST PHILADELPHIA REGION__

B. What date and approximate time did the events giving rise to your claim(s) occur? __SPRING 2015, FALL 2015  03/2015 - 11/2015__

**[What happened to you?]**

C. Facts: __I WAS THE SUBJECT OF UNFAIR WORK PRACTICES THAT ALSO SUBJECTED ME TO PEONAGE WORK ETHICS AND FORCED LABOR.__

**[Who did what?]**

__PETE'S PIZZA PLACED ITS EMPLOYEES UNDER ACTS OF PEONAGE AND FORCED LABOR.__

**[Was anyone else involved?]**

**[Who else saw what happened?]**

IV. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____
_____
_____
_____
_____
_____
_____

V. **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

BY THE COURTS DISCRETION, I WOULD LIKE FOR THE COURT TO ORDER A RELIEF COMPENSATION FOR MYSELF THE PLAINTIFF FROM THE DEFENDANT PARTY FOR THE AMOUNT OF $800,000.00. I AM ALSO ASKING FOR A RELIEF BEYOND MONETARY COMPENSATION WITH THE RESULT OF A CRIMINAL RECORD EXPUNGEMENT TO SIMPLY RECEIVE MY FREEDOM.

12/7/16                                    Jason Brown

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 7th day of DECEMBER, 2016.

Signature of Plaintiff *Jason Brown*
Mailing Address JASON BROWN
5312 RACE STREET
PHILADELPHIA, PA. 19139
Telephone Number 267-881-8910
Fax Number *(if you have one)* _____
E-mail Address jaybrown842084@gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____